NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT L. HARRIS,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2024-1060

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-7630, Judge Joseph L. Toth.

---

## JUDGMENT

---

KENNETH DOJAQUEZ, Carpenter Chartered, Topeka, KS, argued for claimant-appellant. Also represented by PAUL JENNINGS, TRICIA PATTEN PETEK, MilVet Law Firm PLLC, Lacey, WA.

MEREDYTH COHEN HAVASY, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by CLAUDIA BURKE, PATRICIA M. MCCARTHY, YAAKOV ROTH; BRIAN D. GRIFFIN, RICHARD

STEPHEN HUBER, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, STOLL, *Circuit Judge*, and WANG, *District Judge*[1]).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 8, 2025
Date

Jarrett B. Perlow
Clerk of Court

---

[1]     Honorable Nina Y. Wang, District Judge, United States District Court for the District of Colorado, sitting by designation.